## STATE v. HORTON

No. 566P85.

Case below: 75 N.C. App. 632.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 October 1985.

## STATE v. JONES

No. 651P85.

Case below: 77 N.C. App. 460.

Petition by defendant for writ of supersedeas and temporary stay denied 29 October 1985.

## STATE v. KING

No. 505A85.

Case below: 75 N.C. App. 618.

Notice of appeal by Attorney General, filed pursuant to G.S. 7A-30 on the basis of a dissenting opinion in the Court of Appeals, dismissed by the Supreme Court *ex mero motu* 30 October 1985.

## STATE v. LEDFORD

No. 328P85.

Case below: 74 N.C. App. 608.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

## STATE v. MASSEY

No. 593P85.

Case below: 76 N.C. App. 660.

Petition by Attorney General for writ of supersedeas allowed 3 October 1985.